UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEANE CARR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:05CV347 RWS |
| EXPRESS SCRIPTS, INC., | ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion to compel [#16]. At the time Plaintiff's motion was filed, the parties were in the process of exchanging discovery and drafting a confidentiality order. The confidentiality order is now on file and further discovery has been exchanged. As a result, many of the issues raised in Plaintiff's motion are now moot.

However, Plaintiff's motion shall be granted with respect to her request for all claims alleging race discrimination against Defendant by employees at the St. Louis facility from 2000 through 2005 as those materials are discoverable. The remainder of the motion to compel will be denied without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to compel [#16] is **GRANTED** in part and **DENIED** in part. Defendant shall produce all claims alleging race discrimination against Defendant by employees at the St. Louis facility from 2000 through 2005.

Dated this 8th day of September, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE